DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERNEST KENNEDY PETERSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2237

[October 30, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Rebecca I. White, Judge; L.T. Case No. 31-2016-CF-001438A.

Ernest Kennedy Peterson, Bowling Green, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***